So Ordered.

Dated: September 19th, 2018

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **18-00037-FPC11** |
|---|---|
| **FLORA E. WEIMERSKIRCH,** | Chapter 11 |
| Debtor. | **FINDINGS OF FACT** |

**THIS MATTER** coming before the Court for hearing on September 19, 2018, upon the issues raised by Debtor's request for confirmation of Debtor's First Amended Plan of Reorganization filed herein on June 7, 2018 [*ECF 92*], as amended pursuant to the Notice of Plan Modification and Disclosure Statement Amendment filed herein on August 30, 2018 [*ECF 161*] (collectively the "Plan"), and based upon the evidence produced, the Court now makes the following:

**FINDINGS OF FACT**

1. The Debtor's Plan was submitted to Creditors and other parties in interest;

Findings of Fact-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

3. The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law;

4. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtor, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

Findings of Fact-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

18-00037-FPC11    Doc 176    Filed 09/19/18    Entered 09/19/18 14:55:17    Pg 2 of 3

7. Pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtor has paid all installments provided by this Plan to be paid within that time;

8. Creditors were given Notice of Confirmation and no objections thereto were made or have otherwise been withdrawn;

9. NCB's Objection to Debtor's First Amended Plan of Reorganization filed on August 3, 2018 [*ECF 150*] has been withdrawn pursuant to NCB's Withdrawal of Objection to Debtor's Proposed First Amended Plan of Reorganization, as Modified filed on September 6, 2018 [*ECF 163*];

10. The Court finds the Notice of Plan Modification and Disclosure Statement Amendment complies with 11 U.S.C. §§1125 and 1127, is adequate, and is approved; and

11. It is proper that the Plan be confirmed.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: s/ *Kevin O'Rourke*
    KEVIN O'ROURKE, WSBA #28912
    Attorneys for Debtor

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

18-00037-FPC11    Doc 176    Filed 09/19/18    Entered 09/19/18 14:55:17    Pg 3 of 3